UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1343   CR 224 004 |
| | ) | Wire Fraud |
| WILLIAM HAROLD RICHARDS | ) | |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Information are as follows:

Count 1:      Wire Fraud
              18 U.S.C. § 1343

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*

Matthew A. Josephson
Assistant United States Attorney
Georgia Bar Number 367216